JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DRATTON SORRELLS,<br>　　　　　Petitioner,<br>　　v.<br>MARION SPEARMAN, Warden,<br>　　　　　Respondent. | Case No. LA CV 15-8334 SJO (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: January 14, 2016.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. S. JAMES OTERO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE